# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

December 17, 2007

**FILED**

[   ]     2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Karen S. Mitchell, Clerk
1452 Earle Cabell Federal Building and
  United States Courthouse
1100 Commerce Street
Dallas, TX 75242-1310

Re: MDL No. 1214 -- IN RE: Great Southern Life Insurance Company Sales Practices Litigation

    Manuel A. Espinoza, et al. v. Great Southern Life Insurance Co., N.D. Texas,
    C.A. No. 3:00-2420 (N.D. California, C.A. No. 3:00-763)

Dear Ms. Mitchell:

    I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

    Very truly,

    Jeffery N. Lüthi
    Clerk of the Panel

By *[signature]*
Regina Hale
Calendar Clerk

Enclosure

cc:    Transferee Judge: Judge Sidney A. Fitzwater
       Transferor Clerk: Richard W. Wieking                   JPML Form 87

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 17 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED

DEC 1  2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: GREAT SOUTHERN LIFE INSURANCE
COMPANY SALES PRACTICES LITIGATION

Manuel A. Espinoza, et al. v. Great Southern Life )
    Insurance Co., N.D. Texas, C.A. No. 3:00-2420 )
    (N.D. California, C.A. No. 3:00-763) )

MDL No. 1214

### ORDER VACATING CONDITIONAL REMAND ORDER
### AND VACATING THE JANUARY 30, 2008, HEARING SESSION

    A conditional remand order was filed in this action (*Espinoza*) on October 11, 2007. Prior to expiration of that order's 15-day stay of transmittal, defendant in *Espinoza* filed a notice of opposition to the proposed remand. The Panel has now been advised that *Espinoza* was dismissed with prejudice in the Northern District of Texas by the Honorable Sidney A. Fitzwater pursuant to an order filed on December 12, 2007.

    IT IS THEREFORE ORDERED that the Panel's conditional remand order filed on October 11, 2007, is VACATED.

    IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on December 13, 2007, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel